IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

        Plaintiff,                    No. CIV S-07-2396 LKK GGH P

    vs.

STARBUCKS COFFEE CO., et al.,

        Defendants.          <u>ORDER</u>

_____/

        On January 13, 2009, plaintiff filed a motion for recusal. This civil rights action was closed on May 22, 2008. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: January 22, 2009

                                       /s/ Gregory G. Hollows

                                       UNITED STATES MAGISTRATE JUDGE

ri2396.58